ELIZABETH A. FALCONE, CA Bar No. 219084
elizabeth.falcone@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:  503.552.2140
Facsimile:   503.224.4518

DAVID Z. FEINGOLD, CA Bar No. 280194
david.feingold@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213.239.9800
Facsimile:   213.239.9045

Attorneys for Defendant
JONES LANG LASALLE AMERICAS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BROWN, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>JONES LANG LASALLE AMERICAS, INC.; and DOES 1-100, inclusive,<br><br>  Defendants. | Case No. 2:15-cv-03883 SJO (FFMx)<br><br>**NOTICE OF ERRATA RE JLL'S OBJECTIONS TO AND MOTION TO STRIKE DECLARATION OF PAMELA MCKIBBIN TEREN**<br><br>Date:         May 9, 2016<br>Time:         10:00 a.m.<br>Place:        Courtroom 1<br><br>Complaint Filed:   April 7, 2015<br>Trial Date:         June 28, 2016<br>District Judge:     Hon. S. James Otero<br>Magistrate Judge:   Hon. Frederick F. Mumm |

24638595_1.docx

Case No. 2:15-cv-03883 SJO (FFMx)
NOTICE OF ERRATA RE JLL'S OBJECTIONS TO AND MOTION TO STRIKE
DECLARATION OF PAMELA MCKIBBIN TEREN

**TO THE COURT, PLAINTIFF, AND PLAINTIFF'S COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant JONES LANG LASALLE AMERICAS, INC.'s ("JLL") Objections to and Motion to Strike Declaration of Pamela McKibbin Teren inadvertently was filed incompletely, such that JLL's specific evidentiary objections to Ms. Teren's declaration were not included. Attached hereto as **Exhibit "A"** is a complete version of JLL's Objections to and Motion to Strike Declaration of Pamela McKibbin Teren.

DATED:  April 26, 2016	OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  s/ David Z. Feingold
Elizabeth A. Falcone
David Z. Feingold

Attorneys for Defendant
JONES LANG LASALLE AMERICAS, INC.